**Thomas AUGUSTYN, Plaintiff–Appellant,**

v.

**Dee JONES, Defendant–Appellee.**

No. 05–35472.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 28, 2007.

Kevin T. Lafky, Esq., Lafky & Lafky, Salem, OR, for Plaintiff–Appellant.

---

Marc Abrams, AGOR—Office of the Oregon Attorney General, Brendan C. Dunn, Esq., Salem, OR, for Defendant–Appellee.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM ***

Thomas Augustyn appeals from the district court's summary judgment in favor of defendant Jones in his 42 U.S.C. § 1983 action alleging Jones violated his First Amendment rights by issuing a memorandum clarifying expectations after Augustyn told an off-color joke at a work conference. We have jurisdiction under 28 U.S.C. § 1291. We review the grant of summary judgment de novo, *Coszalter v. City of Salem,* 320 F.3d 968, 973 (9th Cir.2003), and we affirm.

The district court properly granted summary judgment, because the evidence fails to create a triable issue as to whether Augustyn's behavior constituted speech on a matter of public concern, *see City of San Diego v. Roe,* 543 U.S. 77, 83–84, 125 S.Ct. 521, 160 L.Ed.2d 410 (2004), or whether he suffered an adverse employment action as a result of this behavior, *see Nunez v. City of Los Angeles,* 147 F.3d 867, 874–75 (9th Cir.1998). Accordingly, Augustyn failed to show the requisite elements of his First Amendment retaliation claim. *See Alpha*

---

* Augustyn's request for oral argument is denied because the panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Energy Savers, Inc. v. Hansen,* 381 F.3d 917, 923 (9th Cir.2004).

Augustyn's remaining contentions lack merit.

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.